UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| CECIL LOGAN DIXON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5: 15-269-DCR |
| ) | |
| V. ) | |
| ) | |
| CAROLYN W. COLVIN, ACTING ) | **MEMORANDUM ORDER** |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is pending for consideration of the motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. [Record No. 13] Counsel for Plaintiff Cecil Logan Dixon seeks fees of $1,750.00, based on 14 hours of work performed at a rate of $125.00 per hour. The defendant does not object to the amount requested. [Record No. 14] The motion for attorney's fees includes an affidavit from the plaintiff requesting that the award be paid directly to his attorney. An award under the EAJA is payable to the prevailing party, however. *Astrue v. Ratliff*, 560 U.S. 586, 591–93 (2010). Any obligation that Dixon may have to pay his attorney is controlled by contract and is not a part this case. *See id*. *See also Drew v. Comm'r of Soc. Sec.*, No. 1:13-cv-1135, 2014 WL 6680243, at \*2 (W.D. Mich. Nov. 25, 2014).

Having reviewed the work performed, the Court finds the request for fees to be appropriate. Accordingly, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Motion for Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 [Record No. 13] is **GRANTED.**

2. The plaintiff is awarded $1,750.00 in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The award shall be payable to Cecil Logan Dixon.

This 19th day of September, 2016.

Signed By:
*Danny C. Reeves* DCR
United States District Judge